UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:13-cv-276

Name of party requesting extension: Hipstamatic, LLC

Is this the first application for extension of time in this case?

☐ Yes
☑ No
☑ Second
☐ Third
☐ Other _____

Date of Service of Summons: 4/25/2013

Number of days requested:
☐ 30 days
☑ 15 days
☐ Other _____ days

New Deadline Date: 7/2/2013   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Christopher Huck (filing as courtesy to Defendant)
State Bar No.: Admitted Pro Hac Vice
Firm Name: Kelley, Goldfarb, Huck & Roth, PLLC
Address: 700 Fifth Avenue, Suite 6100
         Seattle, WA 98104

Phone: 206-452-0260
Fax:   206-397-3062
Email: huck@kdg-law.com

A certificate of conference does not need to be filed with this unopposed application.